PER CURIAM.
Affirmed. Holland v. State, 129 Fla. 363, 176 So. 169 (1937); Taylor v. State, 139 Fla. 542, 190 So. 691 (1939); Wetherington v. State, 263 So.2d 294 (Fla.3d DCA 1972); Codie v. State, 313 So.2d 754 (Fla.1975); Bristow v. State, 338 So.2d 553 (Fla.3d DCA 1976); De La Cova v. State, 355 So.2d 1227 (Fla.3d DCA 1978); Daley v. State, 374 So.2d 59 (Fla.3d DCA 1979); Teague v. State, 390 So.2d 405 (Fla.5th DCA 1980).